# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS CHELBERG,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>WARDEN CAMPOS,<br><br>　　　　　　　　　Respondent. | Case No.:  21-CV-2084 JLS (AHG)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a federal prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.  A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis.  *See* Local Rule 3(a), 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later than February 1, 2021**.  *For Petitioner's convenience, the Clerk of Court shall attach to this Order, a blank application to proceed in forma pauperis.*

**IT IS SO ORDERED**.

Dated:  January 3, 2022

　　　　　　　　　　　　　　　　　　　*/s/ Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge