# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS CHELBERG,<br><br>            Petitioner,<br><br>v.<br><br>WARDEN CAMPOS,<br><br>            Respondent. | Case No.: 21-CV-2084 JLS (AHG)<br><br>**ORDER (1) CLOSING CASE FOR FAILURE TO PAY FILING FEE AND (2) DENYING PENDING MOTIONS AS MOOT**<br><br>(ECF Nos. 3, 5) |

On January 3, 2022, the Court entered an Order dismissing Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 for failure to pay the $5.00 filing fee or move to proceed in forma pauperis ("IFP"). *See* ECF No. 2 ("Order"). The Order granted Petitioner until February 1, 2022 to submit the requisite $5.00 fee or adequate proof he cannot pay the filing fee. *Id.* at 1. Although his case was dismissed, Petitioner subsequently filed a Motion to Amend his Petition (ECF No. 3), a Motion for Discovery (ECF No. 5), and exhibits in support of his Petition (ECF No. 6).

On January 25, 2022, the Court noticed Petitioner that his Motion to Amend failed to comply with local rules. ECF No. 4. In that notice, the Court again reminded Petitioner that he must either submit the requisite $5.00 fee or adequate proof that he cannot pay by February 1, 2022 to have his case reopened. *See id.* Petitioner subsequently filed a Motion

for Discovery and exhibits in support of his Petition. ECF Nos. 5, 6. The deadline provided in the Court's January 3, 2022 Order has passed, and Petitioner has not paid the $5.00 filing fee or moved to proceed IFP. Accordingly, the Court **DIRECTS** the Clerk of the Court to close this case. As this case is closed, the Court **DENIES AS MOOT** Petitioner's Motion to Amend (ECF No. 3) and Motion for Discovery (ECF No. 5).

**IT IS SO ORDERED**.

Dated: February 10, 2022

Hon. Janis L. Sammartino
United States District Judge